JOHN F. BARG (State Bar No. 60230)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone:  (415) 228-5400
Facsimile:  (415) 228-5450

Attorneys for Defendants
CARGILL SALT DIVISION and
CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER and CITIZENS COMMITTEE TO COMPLETE THE REFUGE,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL SALT DIVISION and CARGILL, INCORPORATED,<br><br>Defendants. | Case No. C-96-2161 SI<br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated by the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action is dismissed with prejudice.

KEKER & VAN NEST LLP

Dated: October 10, 2007        By: _____
                                    DANIEL PURCELL
                                Attorneys for Plaintiffs
                                SAN FRANCISCO BAYKEEPER and CITIZENS
                                COMMITTEE TO COMPLETE THE REFUGE

STIPULATION OF DISMISSAL
U.S.D.C. Case No. Civ. C-96-2161 SI

486419.1

|   |   |   |
|---|---|---|
| | | BARG COFFIN LEWIS & TRAPP, LLP |
| Dated: October 10, 2007 | By: | /s/ John F. Barg |
| | | JOHN F. BARG |
| | | Attorneys for Defendants |
| | | CARGILL SALT DIVISION and |
| | | CARGILL, INCORPORATED |

STIPULATION OF DISMISSAL
U.S.D.C. Case No. Civ. C-96-2161 SI

2

486419.1

|   |   |   |
|---|---|---|
| 1 |   | BARG COFFIN LEWIS & TRAPP, LLP |
| 2 |   |   |
| 3 | Dated: October 10, 2007 | By: _____ |
| 4 |   | JOHN B. BARG |
|   |   | Attorneys for Defendants |
| 5 |   | CARGILL SALT DIVISION and CARGILL, INCORPORATED |



IT IS SO ORDERED

Judge Susan Illston

STIPULATION OF DISMISSAL
U.S.D.C. Case No. Civ. C-96-2161 SI

2

486419.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Barg Coffin Lewis & Trapp, LLP, One Market, Steuart Tower, Suite 2700, San Francisco, California 94105. On October 10, 2007, I served the following document:

## STIPULATION OF DISMISSAL

☐ by transmitting via facsimile the document(s) listed above to the fax number set forth below on this date before 5:00 p.m.

☐ by causing overnight delivery by Federal Express of the document(s) listed above to the person at the address set forth below

☐ by dispatching a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

Suzanne E. Bevash
Public Interest Lawyers Group
Presidio Bldg. 1004
P.O. Box 29921
San Francisco, CA 94129-0921

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 10, 2007, at San Francisco, California.

*Anna Fuller*

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

PROOF OF SERVICE

486744.1